USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
NISSEN KRAKINOWSKI,                           :
individually and on behalf of a class,        :
                                              :
        Plaintiff,                     :
                                              :
v.                                            :  Case No. 17-cv-05858 (LGS)
                                              :
SCHWARTZ SLADKUS REICH GREENBERG &amp; :
ATLAS LLP,                                    :
                                              :
        Defendants.                    :
------------------------------------------------------------------x

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Nissen Krakinowski, by and through his undersigned counsel, voluntarily dismisses his individual claims against Defendant Schwartz Sladkus Reich Greenberg & Atlas LLP with prejudice. The claims asserted on behalf of a putative class are dismissed without prejudice. Each party to bear their own costs.

Respectfully submitted,

/s/ Tiffany N. Hardy
Tiffany N. Hardy
Counsel for Plaintiff

EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

SO ORDERED

*[signature]*

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: May 16, 2018
New York, New York

## CERTIFICATE OF SERVICE

    I, Tiffany N. Hardy, hereby certify that on May 15, 2018, I caused to be filed the foregoing documents via the Court's CM/ECF system, which caused notice of such filing to be sent to all parties.

                                              /s/ Tiffany N. Hardy
                                              Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.